No. 91–6284. POINDEXTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6285. POTEET *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6289. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6292. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6295. BOGAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6305. INGRAM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–251. DOOLEY ET AL. *v.* KOREAN AIR LINES CO., LTD.; and
No. 91–547. KOREAN AIR LINES CO., LTD. *v.* DOOLEY ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions. Reported below: 289 U. S. App. D. C. 391, 932 F. 2d 1475.

No. 91–397. CITIZENS AGAINST BURLINGTON, INC., ET AL. *v.* BUSEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–329. REBEL MOTOR FREIGHT, INC. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 91–548. CHOATE *v.* FARM CREDIT BANK OF WICHITA. Ct. App. Okla. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–575. BHAN *v.* NME HOSPITALS, INC., ET AL. C. A. 9th Cir. Motion of American Association of Nurse Anesthetists for leave to file a brief as *amicus curiae* granted. Certiorari denied.